818

No. 83–1675. BEGG *v.* BOARD OF FIRE AND POLICE COMMISSIONERS OF THE CITY OF PARK RIDGE, ILLINOIS, ET AL. Sup. Ct. Ill. Certiorari denied.

No. 83–1687. RODRIGUEZ *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 83–1688. TURK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–1692. TRANSPORT WORKERS UNION OF AMERICA, AFL–CIO *v.* CIVIL AERONAUTICS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 83–1695. NEAL *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–1697. JONES ET UX. *v.* LUCAS. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 83–1704. HILDEBRAND, STANDING CHAPTER 13 TRUSTEE *v.* SOCIAL SECURITY ADMINISTRATION. C. A. 6th Cir. Certiorari denied.

No. 83–1706. WARDSWORTH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–1710. COUSSENS ET AL. *v.* CARPENTERS DISTRICT COUNCIL OF DETROIT, UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, AFL–CIO, ET AL. C. A. 6th Cir. Certiorari denied.

No. 83–1713. RANSOM *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 83–1715. GAJEWSKI *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 83–1716. NEWPARK SHIPBUILDING & REPAIR, INC., ET AL. *v.* ROUNTREE ET AL. C. A. 5th Cir. Certiorari denied.